1  JEFF WINCHESTER (Nevada Bar No. 10279)
   E: JWinchester@ohaganmeyer.com
2  **O'HAGAN MEYER PLLC**
   300 S. 4th Street, Ste 1250
3  Las Vegas, NV 89101
4  T: 725.286.2801

5  *Attorneys for Defendants*

UNITED STATES DISCTICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY BLAIR, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>COMPLETE ASSOCIATION MANGEMENT COMPANY, LLC a Nevada limited liability company, MANAGED BUSINESS SERVICES, INC., a Nevada Corporation,<br><br>Defendants. | Case No.: 2:25-cv-00432-RFB-EJY<br><br>**DEFENDANT MANAGED BUSINESS SERVICES, INC.'S STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF COMPLAINT**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1(a), LR IA 6-2, and LR 7-1, the undersigned counsel of record for Defendant Managed Business Services, Inc., files this Stipulation and Order to extend Managed Business Services Inc.'s deadline to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) through and including Monday, June 16, 2025.

//

//

//

//

#6897887v1

This extension request is made in good faith and not for purposes of delay. Counsel for Managed Business Services, Inc. was recently assigned to the case and until recently was preparing for three arbitration trials. Counsel for Managed Business Services, Inc. has been in contact with counsel for Plaintiff who have consented to the requested extension. Plaintiff will not be prejudiced by this extension, as the purpose of this first request for the extension is to allow Managed Business Services, Inc., the opportunity to fully analyze the claims against it and to give the parties the opportunity to continue good faith efforts to potentially settle this case.

Dated this 6th day of June, 2025

O'HAGAN MEYER

By      */s/ Jeff Winchester*
JEFF WINCHESTER
Nevada Bar No. 10279
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101

*Attorneys for Defendants*

Dated this 6th day of June 2025

GREENBERG GROSS LLP

By: /s/ *Matthew T. Hale*
_____
Michael A. Burnette
Nevada Bar No. 16880
1980 Festival Plaza Drive
Suite 730
Las Vegas, Nevada 89135
*Attorneys For Plaintiff's*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Date:  June 6, 2025**

#6897887v1

2