FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
BRANDON A. BORN, ESQ.
Nevada Bar No. 15181
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
E-Mail Address:  bborn@fisherphillips.com
Attorney for Defendant
Complete Association Management Company, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY BLAIR, an individual, | Case No: 2:25-cv-00432-RFB-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |
| vs. | |
| COMPLETE ASSOCIATION MANAGEMENT COMPANY, LLC, a Nevada limited liability company; MANAGED BUSINESS SERVICES, INC., a Nevada corporation, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant COMPLETE ASSOCIATION MANAGEMENT COMPANY, LLC, a Nevada limited liability company ("Defendant") will have an extension of time, up to and including August 4, 2025, to file its answer or otherwise respond to Plaintiff's Complaint. This is the first request for an extension of this

/ / /

/ / /

/ / /

FP 55681885.1

1   deadline.

2   GREENBERG GROSS LLP.                    FISHER & PHILLIPS LLP

3   By: /s/ *Matthew T. Hale*                By: /s/ *Scott M. Mahoney*
    JEMMA E. DUNN                            SCOTT M. MAHONEY, ESQ.
4   MATTHEW T. HALE                          300 S. Fourth Street, Suite 1500
    MICHAEL A. BURNETTE                      Las Vegas, Nevada 89101
5   1980 Festival Plaza Drive, Suite 730     Attorneys for Defendant
    Las Vegas, Nevada 89135                  *Complete Association Management*
6   Attorneys for Plaintiff                  *Company, LLC.*

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 18, 2025

FP 55681885.1