FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
BRANDON A. BORN, ESQ.
Nevada Bar No. 15181
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
E-Mail Address: bborn@fisherphillips.com
Attorney for Defendant
Complete Association Management Company, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY BLAIR, an individual, | Case No: 2:25-cv-00432-RFB-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| COMPLETE ASSOCIATION MANAGEMENT COMPANY, LLC, a Nevada limited liability company; MANAGED BUSINESS SERVICES, INC., a Nevada corporation, | **(SECOND REQUEST)**[1] |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant COMPLETE ASSOCIATION MANAGEMENT COMPANY, LLC, a Nevada limited liability company ("Defendant") will have an extension of time, up to and including August 11, 2025, to file its answer or otherwise respond to Plaintiff's Complaint. This is the second request for an extension of this deadline. Additional time is needed because defense counsel has had mediations, scheduled hearings and deadlines in other matters, and to allow the client sufficient time to review the responsive document. Defendants apologize to the Court for the prior

---

[1] This is the second submission of a second request.

FP 55681885.1

1  omission of this information.

2  GREENBERG GROSS LLP.                FISHER & PHILLIPS LLP

3  By: /s/ Michael Burnette             By: /s/ Scott M. Mahoney
   JEMMA E. DUNN                         SCOTT M. MAHONEY, ESQ.
4  MATTHEW T. HALE                       300 S. Fourth Street, Suite 1500
   MICHAEL A. BURNETTE                   Las Vegas, Nevada 89101
5  1980 Festival Plaza Drive, Suite 730  Attorneys for Defendant
   Las Vegas, Nevada 89135               *Complete Association Management*
6  Attorneys for Plaintiff               *Company, LLC.*

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:   August 6, 2025

FP 55681885.1